360 A.2d 628
Kyle v. Kyle, Appellant.

Argued June 22, 1976.
Alastair Boyd Kyle, appellant, *in propria persona*; Robert A. Solomon, submitted a brief for appellee.

Order affirmed; petition for reargument refused July 15, 1976.

360 A.2d 219
Lammey Appeal.

Argued June 15, 1976. Richard Kanoff, with him Virginia S. Criste and Alan Linder, for appellant; Patricia L. Kotchek, with her Geisenberger, Zimmerman, Pfannebecker & Gibbel, for appellees Ronald and Augusta Good, foster parents; Penn B. Glazier, with him. Glazier, Minney, Mecum & Kohr, for appellee Victor Lammey, minor child; David E. Alspach, with him Alspach and Ryder, for appellee Bureau of Children's Services of Lancaster County.

Order affirmed.